# Greenberg Traurig

Dennis A. Meloro
Tel. 302.661.7395
Fax. 302.661.7360
melorod@gtlaw.com

December 28, 2007

**Via ECF**

Honorable Gregory M. Sleet
United States District Judge
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801

      Re:   <u>Winstar Holdings LLC, et al. v. The Blackstone Group LP, et al.</u>
            Civil Action No.: 07-828-GMS

Dear Judge Sleet:

      Our firm represents defendant Citigroup Inc., as successor by merger to Citicorp ("Citigroup"), in the above-captioned action which has just been transferred to this Court by Order of Judge Gerard E. Lynch of the United States District Court for the Southern District of New York (S.D.N.Y.). I write on behalf of all Defendants to provide a procedural summary of the case as it has developed to date and to respectfully request that the Court "So Order" the enclosed Stipulation and Order agreed to by all parties setting forth a briefing schedule with respect to motions to dismiss which Defendants Citigroup and The Blackstone Group LP ("Blackstone") intend to file in this case.

      Plaintiffs originally filed this case in New York State Supreme Court for New York County on May 10, 2007. On June 1, 2007, Defendant Impala Partners ("Impala") timely removed the case to the S.D.N.Y. on behalf of all defendants on the grounds that the case arose under, arose in, or was related to a case under Title 11. On June 22, 2007, the Defendants filed a Joint Motion to Transfer Venue from the S.D.N.Y. to the United States District Court for the District of Delaware for referral to the United States Bankruptcy Court for the District of Delaware. Plaintiffs filed a Motion to Remand the case back to state court on July 1, 2007. In the meantime, Judge Lynch, by Order dated June 25, 2007, extended the time by which Citigroup and Blackstone were required to move against, answer, or otherwise respond to Plaintiffs' Complaint until twenty days after a ruling on the venue and remand motions.

      On December 10, 2007, Judge Lynch issued an Opinion and Order by which he denied Plaintiffs' remand motion, and granted the Defendants' motion to transfer the case to the District of Delaware for referral to the Bankruptcy Court on the grounds that the case "arises in" a case under Title 11. The case was closed and transferred out of the S.D.N.Y. on

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliance
Tokyo Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | The Nemours Building, 1007 North Orange Street, Suite 1200 | Wilmington, Delaware 19801 | Tel. 302.661.7000 | Fax. 302.661.7360

www.gtlaw.com

December 17, 2007, and we learned yesterday that it has been assigned to Your Honor. By operation of Judge Lynch's June 25, 2007 Order, the deadline for Citigroup and Blackstone to respond to the Complaint is currently January 2, 2008.

The Defendants will shortly be asking this Court to refer the case to the Bankruptcy Court pursuant to Judge Lynch's transfer Order and this District's standing order of referral. However, because of the holidays and the fast-approaching deadline for Citigroup and Blackstone to respond to the Complaint, we are submitting to this Court the attached Stipulation and Order -- to which plaintiffs have consented -- extending the January 2, 2008 deadline until January 22, 2008 and setting forth an agreed-upon schedule for briefing of the forthcoming motions to dismiss. By filing the attached Stipulation and Order in this Court, the Defendants in no way intend to waive their right to request that the case be referred to the Bankruptcy Court.

Accordingly, we ask that this Court "So Order" the attached Stipulation and Order with respect to the agreed-upon briefing schedule.

Respectfully,

Dennis A. Meloro (DE No. 4435)

Attachment
cc (via email):
Joseph Vann, Esq.
Melissa Roover, Esq.
Stephen Saxl, Esq.
Yosef Riemer, Esq.
Andrew Gold, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WINSTAR HOLDINGS LLC and IDT CORP., <br><br> Plaintiffs, <br><br> - v. - <br><br> THE BLACKSTONE GROUP LP, IMPALA PARTNERS and CITICORP, <br><br> Defendants. | Civil Action No.: 07-828-GMS |

### STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE

**WHEREAS,** on June 25, 2007 District Court Judge Gerard E. Lynch of the United States District Court for the Southern District of New York ordered that the deadline by which Defendants The Blackstone Group LP ("Blackstone") and Citigroup Inc., as successor by merger to Citicorp ("Citigroup") were required to move against, answer, or otherwise respond to Plaintiffs' Complaint would be extended until 20 days following an Order determining the Joint Motion by all Defendants to Transfer Venue to the United States District Court for the District of Delaware; and,

**WHEREAS,** by Opinion and Order dated December 10, 2007 Judge Lynch denied Plaintiffs' Motion to Remand the case to New York Supreme Court and granted the Defendants' Joint Motion to Transfer Venue to the United States District Court for the District of Delaware; and

**WHEREAS,** Defendants Blackstone and Citigroup anticipate filing motions to dismiss the Complaint in this Action; and

**WHEREAS,** the current deadline for Defendants Blackstone and Citigroup to move against, answer, or otherwise respond to Plaintiffs' Complaint is January 2, 2008;

**IT IS HEREBY STIPULATED AND AGREED** by and among Plaintiffs Winstar Holdings, LLC and IDT Corp., and Defendants The Blackstone Group LP and Citigroup, by and through their undersigned counsel, that the following briefing schedule shall

apply to Blackstone's and Citigroup's motions to dismiss the Complaint:

January 22, 2008: Deadline for Defendants Blackstone and Citigroup to file their motions to dismiss the Complaint;

February 26, 2008: Deadline for Plaintiffs to file their Opposition to the motions to dismiss the Complaint

March 12, 2008: Deadline for Defendants Blackstone and Citigroup to file their Replies in Further Support of their motions to dismiss the Complaint

COHEN TAUBER SPIEVACK & WAGNER LLP

By: /s/ Joseph M. Vann
Joseph M. Vann
420 Lexington Avenue
New York, New York 10170
Tel: (212) 586-5800

- and -

Alan M. Grayson
Melissa A. Roover
GRAYSON & KUBLI, P.C.
1420 Spring Hill Road, Suite 230
McLean, Virginia 22102
Tel: (703) 749-0000

*Attorneys for Plaintiffs Winstar Holdings, LLC and IDT Corp.*

GREENBERG TRAURIG, LLP

By: /s/ Victoria Watson Counihan
Victoria Watson Counihan (Del Bar. No. 3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel: (302) 661-7000

- and -

Stephen L. Saxl
William A. Wargo
GREENBERG TRAURIG, LLP
200 Park Avenue, 39th Floor
New York, New York 10166
Tel: (212) 801-9200

*Attorneys for Defendant Citigroup Inc., as successor by merger to Citicorp*

KIRKLAND & ELLIS LLP

By: /s/ Yosef J. Riemer
Yosef J. Riemer
Vickie Reznik
David S. Flugman

Citigroup Center
153 East 53rd Street
New York, New York 10022
Tel: (212) 446-4800

*Attorneys for Defendant The Blackstone Group LP*

SO ORDERED this _____ day of _____, 200___

_____
United States District Court Judge