IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WINSTAR HOLDINGS LLC and IDT CORP., <br><br> Plaintiffs, <br><br> - v. - <br><br> THE BLACKSTONE GROUP LP, IMPALA PARTNERS and CITICORP, <br><br> Defendants. | Civil Action No.: 07-828-GMS |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below, hereby appear as counsel to Citigroup Inc., as successor by merger to Citicorp, and hereby requests that an entry be made that all notices given or required to be given and all papers served or required to be served, in these cases, be given to and served on:

| | |
|---|---|
| Victoria Watson Counihan, Esq. <br> Dennis A. Meloro, Esq. <br> Greenberg Traurig, LLP <br> The Nemours Building <br> 1007 North Orange Street, Suite 1200 <br> Wilmington, Delaware 19801 <br> Tel: (302) 661-7000 <br> Fax: (302) 661-7360 <br> counihanv@gtlaw.com <br> melorod@gtlaw.com | Stephen L. Saxl, Esq. <br> William A. Wargo, Esq. <br> Greenberg Traurig, LLP <br> 200 Park Avenue, 39th Floor <br> New York, New York 10166 <br> Tel: (212) 801-9200 <br> Fax: (212) 801-6400 <br> saxls@gtlaw.com <br> wargow@gtlaw.com |

PLEASE TAKE FURTHER NOTICE that the undersigned intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 10, 2008

GREENBERG TRAURIG, LLP

By: /s/ Victoria W Counihan
Victoria Watson Counihan (Bar. No. 3488)
Dennis A. Meloro (Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel: (302) 661-7000

- and -

Stephen L. Saxl, Esq.
William A. Wargo, Esq.
GREENBERG TRAURIG, LLP
200 Park Avenue, 39th Floor
New York, New York 10166
Tel: (212) 801-9200

*Attorneys for Defendant Citigroup Inc., as successor by merger to Citicorp*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January _10_, 2008, the foregoing Notice of Appearance and Request for Service of Papers was served upon the following parties via First Class, United States Mail.

| | |
|---|---|
| Joseph M. Vann, Esq.<br>Cohen Tauber Spievack & Wagner LLP<br>420 Lexington Avenue, Suite 2400<br>New York NY 10170<br>(Counsel to the Plaintiffs) | Andrew C. Gold, Esq.<br>John Oleske, Esq.<br>Herrick Feinstein<br>2 Park Avenue<br>New York NY 10016<br>(Counsel to Defendant, Impala Partners) |
| Alan Grayson, Esq.<br>Melissa A. Roover, Esq.<br>Grayson & Kubli, PC<br>1420 Spring Hill Road, Suite 230<br>McLean VA 22102<br>(Counsel to the Plaintiffs) | Richard Cobb, Esq.<br>James S. Green, Jr., Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington DE 19801<br>(Local Counsel to Defendant, Impala Partners) |
| Yosef J. Riemer, Esq.<br>Vickie Reznik, Esq.<br>David S. Flugman, Esq.<br>Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York NY 10022 | |

Dated: January _10_, 2008

_/s/ Victoria W. Counihan_
Victoria W. Counihan (No. 3488)