IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WINSTAR HOLDINGS LLC and IDT CORP., <br><br> Plaintiffs, <br><br> - v. - <br><br> THE BLACKSTONE GROUP LP, IMPALA PARTNERS and CITICORP, <br><br> Defendants. | Civil Action No.: 07-828-GMS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of William A. Wargo, Esquire from Greenberg Traurig, LLP, to represent Defendant, Citigroup Inc., as successor by merger to Citicorp, in the above-referenced case.

Dated: January 10, 2008

GREENBERG TRAURIG, LLP

*Victoria W. Counihan*
Victoria W. Counihan (No. 3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
counihanv@gtlaw.com

Attorneys for Defendant, Citigroup Inc.,
as successor by merger to Citicorp

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*William A. Wargo*
William A. Wargo, Esq.
Greenberg Traurig, LLP
200 Park Avenue, 39th Floor
New York, New York 10166
(212) 801-9200
wargow@gtlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: January __, 2008

                                                _____
                                                Gregory M. Sleet
                                                Chief Judge, U.S. District Court for the District of Delaware