IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WINSTAR HOLDINGS LLC and<br>IDT CORP.,<br><br>                Plaintiffs,<br><br>v.<br><br>THE BLACKSTONE GROUP LP,<br>IMPALA PARTNERS and CITICORP,<br><br>                Defendants. | Civil Action No. : 07-828-GMS |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Winstar Holdings LLC and IDT Corp. (together, the "Plaintiffs"), hereby enter their appearance in the above-captioned case by and through their co-counsel, Grayson & Kubli, P.C. and Ashby & Geddes, P.A., and such counsel hereby request, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, telephone, facsimile numbers and e-mail addresses indicated below:

| | |
|---|---|
| William P. Bowden, Esquire<br>Benjamin W. Keenan, Esquire<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: 302-654-1888<br>Facsimile: 302-654-2067<br>wbowden@ashby-geddes.com<br>bkeenan@ashby-geddes.com | Alan M. Grayson, Esquire<br>Melissa Roover, Esquire<br>Grayson & Kubli, P.C.<br>8605 Westwood Center Drive, Suite 410<br>Vienna, VA 22182<br>Telephone: 703-749-0000<br>Facsimile: 703-442-8672<br>grayson@graysonlaw.net<br>roover@graysonlaw.net |

PLEASE TAKE FURTHER NOTICE that the undersigned intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the Plaintiffs' right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Plaintiffs are or may be entitled under agreements, in law, in equity, or

otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 15, 2008

ASHBY & GEDDES, P.A.

*/s/ Ben Keenan*
William P. Bowden (I.D. #2553)
Benjamin W. Keenan (I.D. #4724)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888

-and-

GRAYSON & KUBLI, P.C.
Alan M. Grayson
Melissa Roover
8605 Westwood Center Drive
Suite 410
Vienna, VA 22182
Telephone: (703) 749-0000

*Attorneys for Winstar Holdings LLC and IDT Corp.*

187258.1