IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WINSTAR HOLDINGS LLC and IDT CORP., <br><br> Plaintiffs, <br><br> v. <br><br> THE BLACKSTONE GROUP LP, IMPALA PARTNERS, LLC and CITICORP, <br><br> Defendants. | C.A. No. 07-828-GMS |

**DEFENDANT IMPALA PARTNERS, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c)**

Impala Partners, LLC ("Impala"), Defendant in the above-captioned matter, by its undersigned counsel, moves this Court for a judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, and in support thereof states as follows:

1. Impala hereby references, incorporates herein, and joins in the recitations of fact contained in the Motion to Dismiss filed by Defendant The Blackstone Group LP on January 22, 2008 (the "Blackstone Motion") and the Motion to Dismiss filed by Citigroup, Inc., as successor by merger to Citicorp, on January 22, 2008 (the "Citigroup Motion").

2. The standard for a motion for judgment on the pleadings pursuant to Rule 12(c) is the same as that applied to a motion to dismiss pursuant to Rule 12(b). *Shelly v. Johns-Manville Corp.*, 798 F.2d 93, 97 n.4 (3d Cir. 1986).

3. Impala hereby references, incorporates herein, and joins in the legal arguments contained in the following points of the Blackstone Motion: Point I (Plaintiffs' claims are barred by the statute of limitations); Point II (Plaintiffs' complaint is an impermissible collateral attack on the bankruptcy sale order); Point III (Plaintiffs claims are barred as a matter of law by reason of the disclaimers and "as-is, where-is" language of the APA).

4.  Impala hereby references, incorporates herein, and joins in the legal arguments contained in the following points of the Citigroup Motion: Those portions of Point II.B relating to the absence of any specific allegations of fraudulent conduct by Impala, *i.e.*, as with the other Defendants, Plaintiffs have not alleged who at Impala said what to whom, when and where; Point III (Plaintiffs fail to state a claim for aiding and abetting fraud); Point IV (Plaintiffs fail to state a claim for negligent misrepresentation); Point V (Plaintiffs fail to state a claim for civil conspiracy).

WHEREFORE, Impala respectfully requests that the Court enter an order granting its motion for a judgment on the pleadings pursuant to Rule 12(c) dismissing the Complaint in its entirety as against Impala; and granting such other and further relief as is just and equitable.

Dated: January 22, 2008

LANDIS RATH & COBB LLP

/s/ Richard S. Cobb
Richard S. Cobb (Bar No. 3157)
James S. Green, Jr. (Bar No. 4406)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com
           green@lrclaw.com

- and -

Andrew C. Gold
John Oleske
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Email: agold@herrick.com
           joleske@herrick.com

*Attorneys for Defendant Impala Partners, LLC*