IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WINSTAR HOLDINGS, LLC and<br>IDT CORP.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE BLACKSTONE GROUP LP;<br>IMPALA PARTNERS, LLC; and<br>CITICORP,<br><br>    Defendants. | Case No. 07-828-GMS |

## MOTION TO DISMISS COMPLAINT AGAINST DEFENDANT CITIGROUP INC.

Defendant Citigroup Inc. ("Citigroup"), as successor by merger to Citicorp, through its undersigned counsel, and pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, hereby moves (the "Motion") the Court for an order dismissing the Complaint in the above-captioned action.

The grounds for this Motion are set forth more fully in Citigroup's Memorandum of Law in Support of Defendant's Motion, and exhibits thereto, filed contemporaneously herewith. Citigroup has made the requisite showing for the granting of its Motion. Specifically, Citigroup has shown that plaintiffs Winstar Holdings, LLC and IDT Corp. have failed to state a claim for which relief can be granted. Further, Citigroup joins in and adopts the points advanced by Blackstone Group LP in support of its motion to dismiss the Complaint, filed contemporaneously with this motion.

WHEREFORE, Citigroup respectfully requests that the Court (i) grant its Motion dismissing the Complaint with prejudice and (ii) grant such other and further relief as the Court may deem just and proper.

Dated:  January 22, 2008

GREENBERG TRAURIG, LLP

By: _____
Victoria W. Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel:  (302) 661-7000
Fax: (302) 661-7360
counihanv@gtlaw.com
melorod@gtlaw.com

- and -

Stephen L. Saxl
William A. Wargo
GREENBERG TRAURIG, LLP
200 Park Avenue, 39th Floor
New York, New York 10166
Tel:  (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Defendant Citigroup Inc., as successor by merger to Citicorp*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 22, 2008, the following documents were served upon the parties listed below via First Class, United States Mail.

- Motion to Dismiss Complaint Against Defendant Citigroup Inc.
- Memorandum of Law in Support
- Compendium

| | |
|---|---|
| Joseph M. Vann, Esq.<br>Cohen Tauber Spievack & Wagner LLP<br>420 Lexington Avenue, Suite 2400<br>New York NY 10170<br>(Counsel to the Plaintiffs) | Andrew C. Gold, Esq.<br>John Oleske, Esq.<br>Herrick Feinstein<br>2 Park Avenue<br>New York NY 10016<br>(Counsel to Defendant, Impala Partners) |
| Alan Grayson, Esq.<br>Melissa A. Roover, Esq.<br>Grayson & Kubli, PC<br>1420 Spring Hill Road, Suite 230<br>McLean VA 22102<br>(Counsel to the Plaintiffs) | Richard Cobb, Esq.<br>James S. Green, Jr., Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington DE 19801<br>(Local Counsel to Defendant, Impala Partners) |
| Yosef J. Riemer, Esq.<br>Vickie Reznik, Esq.<br>David S. Flugman, Esq.<br>Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York NY 10022 | |

Dated: January 22, 2008

_____
Dennis A. Meloro (No. 4435)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WINSTAR HOLDINGS, LLC and IDT CORP., <br><br> Plaintiffs, <br><br> v. <br><br> THE BLACKSTONE GROUP LP; IMPALA PARTNERS, LLC; and CITICORP, <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 07-828-GMS ) ) ) ) ) ) ) ) |

## ORDER

This matter having come before the Court upon consideration of the defendant Citigroup Inc.'s Motion To Dismiss the Complaint Against Defendant Citigroup Inc. (the "Motion") pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure; and notice of the Motion having been served upon the plaintiffs, Winstar Holdings, LLC and IDT Corp.; and, after due deliberation and sufficient cause appearing, it is HEREBY,

ORDERED that the Motion is GRANTED; and it is further

ORDERED that plaintiffs Winstar Holdings, LLC and IDT Corp.'s complaint in the above-captioned action is dismissed with prejudice as against Citigroup Inc.

Dated: _____, 2008

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court