IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WINSTAR HOLDINGS, LLC and
IDT CORP.,

                Plaintiffs,

  - against -

THE BLACKSTONE GROUP LP;
IMPALA PARTNERS, LLC; and
CITICORP,

                Defendants.

C.A. No.:     07-828-GMS

## MOTION OF DEFENDANT THE BLACKSTONE GROUP LP
## TO DISMISS THE COMPLAINT

Defendant The Blackstone Group LP ("Blackstone") by and through its undersigned

counsel, pursuant to Fed. R. Civ. P. 12(b)(6), hereby submits its motion to dismiss Plaintiffs'

Complaint in its entirety with prejudice, and in support hereof, relied upon by Blackstone's

Memorandum of Law in Support of Its Motion to Dismiss the Complaint and the exhibits

attached thereto filed contemporaneously herewith.

Dated:  January 22, 2008

GREENBERG TRAURIG, LLP

Victoria W. Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone:    (302) 661-7000
Facsimile:    (302) 661-7360
counihanv@gtlaw.com
melorod@gtlaw.com

-- and --

Yosef J. Riemer
Vickie Reznik
David S. Flugman

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

*Attorneys for Defendant*
*The Blackstone Group LP*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 22, 2008, the following documents were served upon the parties listed below via First Class, United States Mail.

- Motion to Dismiss Complaint

- Memorandum of Law in Support

- Compendium

| | |
|---|---|
| Joseph M. Vann, Esq.<br>Cohen Tauber Spievack & Wagner LLP<br>420 Lexington Avenue, Suite 2400<br>New York NY 10170<br>(Counsel to the Plaintiffs) | Andrew C. Gold, Esq.<br>John Oleske, Esq.<br>Herrick Feinstein<br>2 Park Avenue<br>New York NY 10016<br>(Counsel to Defendant, Impala Partners) |
| Alan Grayson, Esq.<br>Melissa A. Roover, Esq.<br>Grayson & Kubli, PC<br>8605 Westwood Center Drive, Suite 410<br>Vienna VA 22182<br>(Counsel to the Plaintiffs) | Richard Cobb, Esq.<br>James S. Green, Jr., Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington DE 19801<br>(Local Counsel to Defendant, Impala Partners) |
| Stephen Saxl, Esq.<br>Greenberg Traurig, LLP<br>200 Park Avenue, 39th Floor<br>New York NY 10166<br>(Counsel to Defendant, Citigroup Inc, as successor by merger to Citicorp) | William Bowden, Esq.<br>Benjamin Keenan, Esq.<br>Ashby & Geddes PA<br>500 Delaware Avenue, 8th Floor<br>Wilmington DE 19801<br>(Counsel to the Plaintiffs) |

Dated: January 22, 2008

Dennis A. Meloro (No. 4435)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| WINSTAR HOLDINGS, LLC and IDT CORP., <br><br> Plaintiffs, <br><br> - against - <br><br> THE BLACKSTONE GROUP LP; IMPALA PARTNERS, LLC; and CITICORP, <br><br> Defendants. | C.A. No.:    07-828-GMS |

## <u>(PROPOSED) ORDER</u>

AND NOW upon Defendant The Blackstone Group LP's Motion to Dismiss the Complaint, pursuant to Fed. R. Civ. P. 12(b)(6);

IT IS HEREBY ORDERED THAT Plaintiffs' Complaint is dismissed with prejudice in its entirety.

SO ORDERED this __ day of _____, 2008.

_____
Honorable Gregory M. Sleet
Chief, United States District Court Judge