# Greenberg Traurig

February 14, 2008

**Via Hand Delivery**

Hon. Gregory M. Sleet
United States District Judge
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801

      Re:   <u>Winstar Holdings, LLC et al. v. The Blackstone Group, et al.</u>,
              Case No. 07 CV 828 (GMS)

Dear Judge Sleet:

      My firm represents Citigroup, Inc. as successor by merger to Citicorp, and, along with Kirkland & Ellis LLP, The Blackstone Group LP in the above-referenced litigation. I write today on behalf of all Defendants regarding their Motion to Refer this case to the United States Bankruptcy Court for the District of Delaware filed with the Court on January 29, 2008.

      On February 12, 2008, Plaintiffs filed an Answering Brief to in which they consented to the referral of this litigation to the Bankruptcy Court as requested by Defendants in their Motion. Because Plaintiffs do not contest the referral, the Defendants do not plan to submit a reply brief or to request oral argument on the Motion. However, if the Court were to have any questions, Defendants would be prepared to submit a formal reply or to participate in any hearing that the Court wished to conduct.

                            Respectfully,

                            Victoria W. Counihan

cc (by email):
    Joseph A. Vann, Esq.
    Melissa Roover, Esq.
    Yosef J. Riemer, Esq.
    Andrew C. Gold, Esq.
    Stephen Saxl, Esq.

ALBANY · AMSTERDAM · ATLANTA · BOCA RATON · BOSTON · BRUSSELS* · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS · LONDON* · LOS ANGELES · MIAMI · MILAN* · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PHILADELPHIA · PHOENIX · ROME* · SACRAMENTO · SILICON VALLEY · TALLAHASSEE · TAMPA · TOKYO* · TYSONS CORNER · WASHINGTON, D.C. · WEST PALM BEACH · ZURICH

*Strategic Alliance
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | The Nemours Building | 1007 North Orange Street | Suite 1200 | Wilmington, DE 19801
Tel 302.661.7000 | Fax 302.661.7360

www.gtlaw.com