IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WINSTAR HOLDINGS LLC and
IDT CORP.,

           Plaintiffs,

v.

THE BLACKSTONE GROUP LP,
IMPALA PARTNERS and CITICORP,

           Defendants.

C.A. No. 07-828-GMS

**ORDER REFERRING CASE TO THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

Upon consideration of the Motion To Refer Case to the United States Bankruptcy Court for the District of Delaware (the "Motion"), and any responses and objections thereto; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED that

1. The Motion is GRANTED;

2. The Court will refer this matter to United States Bankruptcy Court for the District of Delaware for assignment to Judge Carey, to be assigned as an adversary proceeding in the pending bankruptcy proceeding entitled *In re Winstar Communications, Inc. et al*, Case No. 01-1430 (KJC).

3. The Court will retain jurisdiction to enforce and interpret this Order.

Dated: Feb 19, 2008
Wilmington, Delaware

_____
The Honorable Gregory M. Sleet
Chief Judge for the United States District Court for
the District of Delaware

FILED

FEB 19 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE